Solon Creative Playrooms  
32800 Solon Road  

Solon, OH 44139  

| Check Date: | 3/12/10 | Pay Period: | 2/20/10-3/5/10 | | Check No. | 15,281 |
| --- | --- | --- | --- | --- | --- | --- |
| Employee Id: | 0250 | Employee Name: Kelly C Harp | | | | |
| Marital Status: | Single | Nbr of Deps: Federal: | 0 | State: | 0 | |
| Extra FWT: | $0.00 | Extra SWT: | $0.00 | | | Version 1.06 |

**Current Check**

| | Reg Pay | Ovt.Pay | Total |
| --- | --- | --- | --- |
| Buildign cleaners for night | $139.75 | $0.00 | $139.75 |
| Hourly | $647.50 | $0.00 | $647.50 |
| **Total Gross Pay** | $787.25 | $0.00 | $787.25 |
| Federal | | | $69.23 |
| Social Security Tax | | | $46.52 |
| Medicare Tax | | | $10.88 |
| State OH | | | $14.12 |
| Work City Tax Solon | | | $15.01 |
| **Total Taxes** | | | $155.76 |
| Dental | | | $36.94 |
| **Total Misc. Deductions** | | | $36.94 |
| Paper Check | | | $594.55 |
| **Total Net Pay** | | | $594.55 |

| Hours | Regular@Rate | Overtime@Rate | Total |
| --- | --- | --- | --- |
| Buildign cleaners for nig | 13.00@$10.750 | 0.00@$0.0000 | 13.00 |
| Hourly | 70.00@$9.2500 | 0.00@$0.0000 | 70.00 |
| **Total Hours** | 83.00 | 0.00 | 83.00 |

**YTD:**

| | Year Total |
| --- | --- |
| Buildign cleaners for ni | $835.89 |
| Holiday Pay | $37.00 |
| Hourly | $3,112.63 |
| Sick Pay | $74.00 |
| **Total Gross Pay** | $4,059.52 |
| Federal | $386.80 |
| Social Security Tax | $249.40 |
| Medicare Tax | $58.32 |
| State OH | $81.44 |
| Work City Tax Solon | $80.45 |
| **Total Taxes** | $856.41 |
| Dental | $36.94 |
| **Total Misc. Deductions** | $36.94 |
| Direct Deposit | $1,243.07 |
| Paper Check | $1,923.10 |
| **Total Net Pay** | $3,166.17 |

| **Regular Hours** | |
| --- | --- |
| Buildign cleaners for night | 55.25 |
| Holiday Pay | 4.00 |
| Hourly | 336.50 |
| Sick Pay | 8.00 |
| **Total Regular Hours** | 403.75 |

| **Overtime Hours** | |
| --- | --- |
| Buildign cleaners for night | 15.00 |
| **Total Overtime Hours** | 15.00 |

Solon Creative Playrooms
32800 Solon Road

Solon, OH 44139

| Check Date: | 2/26/10 | Pay Period: | 2/6/10-2/19/10 | Check No. | 15,250 |
| Employee Id: | 0250 | Employee Name: Kelly C Harp | | | |
| Marital Status: | Single | Nbr of Deps: Federal: | 0 State: | 0 | |
| Extra FWT: | $0.00 | Extra SWT: $0.00 | | | Version 1.06 |

### Current Check

| | Reg Pay | Ovt.Pay | Total |
|---|---|---|---|
| Buildign cleaners for night | $126.31 | $0.00 | $126.31 |
| Hourly | $596.63 | $0.00 | $596.63 |
| **Total Gross Pay** | $722.94 | $0.00 | $722.94 |
| Federal | | | $65.12 |
| Social Security Tax | | | $44.82 |
| Medicare Tax | | | $10.48 |
| State OH | | | $13.25 |
| Work City Tax Solon | | | $14.46 |
| **Total Taxes** | | | $148.13 |
| Paper Check | | | $574.81 |
| **Total Net Pay** | | | $574.81 |

| Hours | Regular@Rate | Overtime@Rate | Total |
|---|---|---|---|
| Buildign cleaners for nig | 11.75@$10.750 | 0.00@$0.0000 | 11.75 |
| Hourly | 64.50@$9.2500 | 0.00@$0.0000 | 64.50 |
| **Total Hours** | 76.25 | 0.00 | 76.25 |

### YTD:

| | Year Total |
|---|---|
| Buildign cleaners for nig | $696.14 |
| Holiday Pay | $37.00 |
| Hourly | $2,465.13 |
| Sick Pay | $74.00 |
| **Total Gross Pay** | $3,272.27 |
| Federal | $317.57 |
| Social Security Tax | $202.88 |
| Medicare Tax | $47.44 |
| State OH | $67.32 |
| Work City Tax Solon | $65.44 |
| **Total Taxes** | $700.65 |
| Direct Deposit | $1,243.07 |
| Paper Check | $1,328.55 |
| **Total Net Pay** | $2,571.62 |

| **Regular Hours** | |
|---|---|
| Buildign cleaners for night | 42.25 |
| Holiday Pay | 4.00 |
| Hourly | 266.50 |
| Sick Pay | 8.00 |
| **Total Regular Hours** | 320.75 |

| **Overtime Hours** | |
|---|---|
| Buildign cleaners for night | 15.00 |
| **Total Overtime Hours** | 15.00 |

| | Current Check | | | | YTD: | Year Total |
|---|---|---|---|---|---|---|
| Solon Creative Playrooms | | | | Check Date: 2/12/10 | Pay Period: 1/23/10-2/5/10 | Check No. 15,220 |
| 32800 Solon Road | | | | Employee Id: 0250 | Employee Name: Kelly C Harp | |
| | | | | Marital Status: Single | Nbr of Deps: Federal: 0 State: 0 | |
| Solon, OH 44139 | | | | Extra FWT: $0.00 | Extra SWT: $0.00 | Version 1.06 |

| | Reg Pay | Ovt.Pay | Total | | Year Total |
|---|---|---|---|---|---|
| Buildign cleaners for night | $0.00 | $241.95 | $241.95 | Buildign cleaners for ni( | $569.83 |
| Hourly | $656.75 | $0.00 | $656.75 | Holiday Pay | $37.00 |
| Sick Pay | $74.00 | $0.00 | $74.00 | Hourly | $1,868.50 |
| | | | | Sick Pay | $74.00 |
| **Total Gross Pay** | $730.75 | $241.95 | $972.70 | **Total Gross Pay** | $2,549.33 |
| Federal | | | $102.59 | Federal | $252.45 |
| Social Security Tax | | | $60.31 | Social Security Tax | $158.06 |
| Medicare Tax | | | $14.10 | Medicare Tax | $36.96 |
| State OH | | | $22.51 | State OH | $54.07 |
| Work City Tax Solon | | | $19.45 | Work City Tax Solon | $50.98 |
| **Total Taxes** | | | $218.96 | **Total Taxes** | $552.52 |
| Paper Check | | | $753.74 | Direct Deposit | $1,243.07 |
| **Total Net Pay** | | | $753.74 | Paper Check | $753.74 |
| | | | | **Total Net Pay** | $1,996.81 |

| Hours | Regular@Rate | Overtime@Rate | Total |
|---|---|---|---|
| Buildign cleaners for ni( | 0.00@$0.0000 | 15.00@$16.130 | 15.00 |
| Hourly | 71.00@$9.2500 | 0.00@$0.0000 | 71.00 |
| Sick Pay | 8.00@$9.2500 | 0.00@$0.0000 | 8.00 |
| **Total Hours** | 79.00 | 15.00 | 94.00 |

| Regular Hours | |
|---|---|
| Buildign cleaners for night | 30.50 |
| Holiday Pay | 4.00 |
| Hourly | 202.00 |
| Sick Pay | 8.00 |
| **Total Regular Hours** | 244.50 |

| Overtime Hours | |
|---|---|
| Buildign cleaners for night | 15.00 |
| **Total Overtime Hours** | 15.00 |

Solon Creative Playrooms  
32800 Solon Road  

Solon, OH 44139

| Check Date: | 1/29/10 | Pay Period: | 1/9/10-1/22/10 | Check No. | 15,188 |
| Employee Id: | 0250 | Employee Name: Kelly C Harp | | | |
| Marital Status: | Single | Nbr of Deps: Federal: | 0 State: | 0 | |
| Extra FWT: | $0.00 | Extra SWT: | $0.00 | | Version 1.06 |

### Current Check

| | Reg Pay | Ovt.Pay | Total |
|---|---|---|---|
| Buildign cleaners for night | $188.13 | $0.00 | $188.13 |
| Hourly | $721.50 | $0.00 | $721.50 |
| **Total Gross Pay** | $909.63 | $0.00 | $909.63 |
| Federal | | | $93.13 |
| Social Security Tax | | | $56.40 |
| Medicare Tax | | | $13.19 |
| State OH | | | $20.10 |
| Work City Tax Solon | | | $18.19 |
| **Total Taxes** | | | $201.01 |
| Direct Deposit  *3882-C | | | $708.62 |
| **Total Net Pay** | | | $708.62 |

| Hours | Regular@Rate | Overtime@Rate | Total |
|---|---|---|---|
| Buildign cleaners for niç | 17.50@$10.750 | 0.00@$0.0000 | 17.50 |
| Hourly | 78.00@$9.2500 | 0.00@$0.0000 | 78.00 |
| **Total Hours** | 95.50 | 0.00 | 95.50 |

### YTD:

| | Year Total |
|---|---|
| Buildign cleaners for niç | $327.88 |
| Holiday Pay | $37.00 |
| Hourly | $1,211.75 |
| **Total Gross Pay** | $1,576.63 |
| Federal | $149.86 |
| Social Security Tax | $97.75 |
| Medicare Tax | $22.86 |
| State OH | $31.56 |
| Work City Tax Solon | $31.53 |
| **Total Taxes** | $333.56 |
| Direct Deposit | $1,243.07 |
| **Total Net Pay** | $1,243.07 |

| Regular Hours | |
|---|---|
| Buildign cleaners for night | 30.50 |
| Holiday Pay | 4.00 |
| Hourly | 131.00 |
| **Total Regular Hours** | 165.50 |

Solon Creative Playrooms
32800 Solon Road

Solon, OH 44139

| | Current Check | | | |
|---|---|---|---|---|
| | | Reg Pay | Ovt.Pay | Total |
| Buildign cleaners for night | | $139.75 | $0.00 | $139.75 |
| Holiday Pay | | $37.00 | $0.00 | $37.00 |
| Hourly | | $490.25 | $0.00 | $490.25 |
| **Total Gross Pay** | | $667.00 | $0.00 | $667.00 |
| Federal | | | | $56.73 |
| Social Security Tax | | | | $41.35 |
| Medicare Tax | | | | $9.67 |
| State OH | | | | $11.46 |
| Work City Tax Solon | | | | $13.34 |
| **Total Taxes** | | | | $132.55 |
| Direct Deposit | *3882-C | | | $534.45 |
| **Total Net Pay** | | | | $534.45 |
| **Hours** | Regular@Rate | | Overtime@Rate | Total |
| Buildign cleaners for nig | 13.00@$10.750 | | 0.00@$0.0000 | 13.00 |
| Holiday Pay | 4.00@$9.2500 | | 0.00@$0.0000 | 4.00 |
| Hourly | 53.00@$9.2500 | | 0.00@$0.0000 | 53.00 |
| **Total Hours** | 70.00 | | 0.00 | 70.00 |

Check Date: 1/15/10  Pay Period: 12/26/09-1/8/10  Check No. ...
Employee Id: 0250  Employee Name: Kelly C Harp
Marital Status: Single  Nbr of Deps: Federal: 0  State: 0
Extra FWT: $0.00  Extra SWT: $0.00  Version 1.06

| YTD: | Year Total |
|---|---|
| Buildign cleaners for ni | $139.75 |
| Holiday Pay | $37.00 |
| Hourly | $490.25 |
| **Total Gross Pay** | $667.00 |
| Federal | $56.73 |
| Social Security Tax | $41.35 |
| Medicare Tax | $9.67 |
| State OH | $11.46 |
| Work City Tax Solon | $13.34 |
| **Total Taxes** | $132.55 |
| Direct Deposit | $534.45 |
| **Total Net Pay** | $534.45 |
| **Regular Hours** | |
| Buildign cleaners for night | 13.00 |
| Holiday Pay | 4.00 |
| Hourly | 53.00 |
| **Total Regular Hours** | 70.00 |